UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

HUMBERTO RESTREPO,

*Plaintiff,*

– against –

DYNAMIC FIRE, INC.,

*Defendant.*

---

**MEMORANDUM & ORDER**
25-cv-02079 (NCM) (JAM)

**NATASHA C. MERLE**, United States District Judge:

This Court has received the Report and Recommendation ("R&R") dated November 3, 2025, from the Honorable Joseph A. Marutollo, United States Magistrate Judge. ECF No. 19. No objections have been filed.

The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Park v. Kim*, No. 20-cv-02636, 2022 WL 3643966, at *2 (E.D.N.Y. Aug. 24, 2022), *aff'd*, 91 F.4th 610 (2d Cir. 2024). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-cv-00371, 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)).

Having reviewed the record, the Court finds no clear error. The Court therefore adopts the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

1

Accordingly, plaintiff's motion for default judgment is granted in part and denied in part. Plaintiff is awarded withdrawal liability in the principal amount of $809,533; interest in the amount of $29,098.83 through July 15, 2025; liquidated damages in the amount of $161,906.60; attorneys' fees in the amount of $3,444; costs in the amount of $555.36; continued interest on the principal withdrawal liability of $809,533 from July 16, 2025 through the date of payment at the monthly rate of 8%; and postjudgment interest on the balance of the judgment amount at the statutory rate. The Clerk of Court is respectfully directed to enter judgment and close the case.

**SO ORDERED.**

_/s/ Natasha C. Merle_
NATASHA C. MERLE
United States District Judge


Dated:   February 9, 2026
         Brooklyn, New York